GRAHAMHOLLIS APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Hali M. Anderson (SBN 261816)
handerson@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiffs PAMELA STEWART and ZULEKHA ABDUL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STEWART and ZULEKHA ABDUL, individually and on behalf of all similarly situated and aggrieved employees of Defendants in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-02043-TWR-KSC<br><br>**DECLARATION OF DAVID NEUMARK IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:          February 19, 2021<br>Time:         1:30 p.m.<br>Courtroom: 3A<br>Judge:        Hon. Todd Robinson<br><br>FAC Filed:<br>Complaint Filed: September 13, 2019 |

///

///

///

///

///

///

1
**DECLARATION OF DAVID NEUMARK ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, David Neumark, hereby declare as follows:

1. I am a Distinguished Professor of Economics at the University of California—Irvine. I am a labor economist who has done extensive research on labor market discrimination, including developing methods for measuring and testing for discrimination that have been adopted by many other researchers. I have published approximately 30 peer-reviewed journal papers on discrimination based on race, ethnicity, sex, or age, in journals including American Economic Review, Contemporary Economic Policy, Economic Journal, Industrial Relations, Industrial and Labor Relations Review, International Economic Review, Journal of Human Resources, Journal of Labor Economics, Journal of Policy Analysis and Management, Journal of Law and Economics, Journal of Political Economy, Review of Economics and Statistics, and Quarterly Journal of Economics, as well as other studies in edited books, and a full-length book on sex discrimination and sex differences in labor markets (based on my papers). The goal of much of this research is to better understand the role of discrimination versus other explanations of differences in labor market outcomes by race, ethnicity, sex, or age.

2. As a labor economist, most of my work involves statistical and econometric analysis of data. As examples, several of my research papers on discrimination focus on the development of new statistical techniques to measure and test for labor market discrimination. My graduate courses in labor economics and my training of Ph.D. students in labor economics focus heavily on econometric methods.

3. I have previously held positions at the Federal Reserve Board, the University of Pennsylvania, Michigan State University, and the Public Policy Institute of California. I am a research associate of the National Bureau of Economic Research, and a research fellow at IZA (the Institute for the Study of Labor) and at CESifo in Germany. I also co-direct the Center for Population, Inequality, and Policy at UC—Irvine.

4. I have been retained by the Plaintiffs as a statistical expert to analyze data pertaining to Stewart and Abdul v. Quest Diagnostics Clinical Laboratories, Inc. (henceforth "Quest"). This declaration describes my findings. I am compensated at the rate of $575 per hour.

5. This analysis is based on my current understanding of the data with which I have been provided from Quest. It is possible that I would learn more about the Quest data, company procedures, and other matters in the future, which could lead to changes in the analysis and findings.

6. Appendix A provides a list of materials used. Appendix B provides an abridged CV listing my publications from the last 10 years. Appendix C details my expert witness work in the last 4 years.

## QUESTIONS

7. I was asked to evaluate the following questions:

8. Do black/African American employees at Quest remain in PS 1 (the lowest phlebotomy services position) longer than white employees?

9. How does education of black/African American phlebotomists in California compare to education of white phlebotomists in California?

## FINDINGS

10. I have examined data on the amount of time Quest hires remain in Level 1 of the Phlebotomy Services job title (PS 1), testing whether there is a difference by race and whether this difference is statistically significant. I do this calculation two different ways: first, I only include those who are either promoted out of PS 1 or who were still in PS 1 at the end of the data; second, I also include those who were terminated (either voluntarily or involuntarily). I count the time in PS 1 from the hire date to the last date (promoted, data ends, or terminated). The results are reported in Table 1 below.

11. The table shows that, in both the top and bottom panels, black/African American employees spend more time in PS 1 than do white employees. In the top panel, the difference is 1.04 years, or 1.81 standard deviations, and the difference is statistically significant at the 10% level.[1] In the bottom panel, the difference is 0.66 years, or 1.73 standard deviations, and the difference is also statistically significant at the 10% level.[2]

---

[1] Note that this difference is statistically significant at the 5% level in a one-tailed test, which may be more appropriate if the only question of interest is whether black/African American employees were treated adversely relative to whites.
[2] Note that this difference is statistically significant at the 5% level in a one-tailed test.

3
**DECLARATION OF DAVID NEUMARK ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

12. I also studied this question in the context of regression models that estimate race differences in promotion rates, controlling for the year of the observations, tenure with Quest, and part-time status. These results are reported in Table 2. These regression models use different outcomes. In column (1), I code the dependent variable as 1 to 4 corresponding to the PS level at the time of the observation. In column (2), I code the dependent variable as a dummy (or indicator) variable indicating the person is currently at PS 2 or higher. Columns (3) and (4) proceed similarly, except that I use PS 3 or PS 4. In all of these models, I include dummy variables for black/African American employees, as well as Hispanic/Latino and Asian employees. The estimated coefficients on these variables measure the differences relative to whites. Thus, a negative coefficient on the coefficient for black/African American employees indicates that members of this group are at a lower job level, compared to whites, in the same year, with the same tenure, and with the same full- or part-time status.

13. In Table 2, all of the estimated coefficients for black/African American employees are negative, consistent with black/African American employees moving up through job levels slower than whites. The estimate in column (2), for whether an employee is at PS 2 or higher (vs. still at PS 1), is $-0.0678$, which indicates that the probability a black/African American employee has reached level 2 is nearly 7 percentage points lower than for a comparable white employee. This estimated differential is statistically significant at the 10% level.[3] This evidence is consistent with the evidence from Table 1.

14. To compare education levels of phlebotomists in California by race/ethnicity, I used data from the American Community Survey (ACS) from 2012-2018, on California residents. I computed statistics on years of education for phlebotomists, and also for all state residents aged 25-65 (for comparison).[4] The results are reported in Table 3 below.

15. The ACS data indicate that black/African American phlebotomists in California are more highly educated than are white phlebotomists, whereas this is not true

---

[3] Note that this difference is statistically significant at the 5% level in a one-tailed test.
[4] I refer to these as "working-age." This is not strictly true. Many people work past age 65. I exclude younger ages because for them it can be less meaningful to compute education, as they may still be in school or be likely to return to school.

in the California workforce as a whole. For example, in the California workforce as a whole, 16.3% of black/African American workers have 4 years of college, compared with 27.5% of white workers. However, this is reversed among phlebotomists, where 11.9% of black/African American workers are 4 years of college, compared with 9.0% of white workers. The higher education of black/African American phlebotomists is true for other levels of education. For example, adding across the last four rows of each panel, 71.1% of black/African American phlebotomists have at least some college, vs. 60.1% of white phlebotomists.

16. I was not provided with other data on Quest employees that could, in principle, be incorporated into this analysis or into an analysis of race differences in pay, including education, work experience prior to hire at Quest, or starting pay information.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 30th day of November in San Francisco, California.

_____
DAVID NEUMARK

**Table 1: Time in PS 1, Descriptive Statistics**

| Variable | Obs. | Mean | Std. Dev. | Difference in Years (Compared to Whites) | Standard Deviations | P-value (Two-tailed test) |
|---|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (5) | (6) |
| **A. Excludes Terminated** |  |  |  |  |  |  |
| Time in PS 1 (Overall) | 985 | 6.08 | 4.31 | - | - | - |
| Time in PS 1 (Black/African American) | 66 | 6.58 | 4.56 | 1.04 | 1.813 | 0.0707 |
| Time in PS 1 (Hispanic/Latino) | 435 | 5.82 | 3.85 | 0.28 | 0.940 | 0.3474 |
| Time in PS 1 (Asian) | 184 | 7.41 | 5.16 | 1.87 | 4.123 | 0.0000 |
| Time in PS 1 (White) | 300 | 5.54 | 4.14 | - | - | - |
| **B. Includes Terminated** | Obs | Mean | Std. Dev. | Difference in Years (Compared to Whites) | Standard Deviations | P value (Two-tailed test) |
| Time in PS 1 (Overall) | 1,716 | 4.60 | 4.13 | - | - | - |
| Time in PS 1 (Black/African American) | 132 | 4.71 | 4.30 | 0.66 | 1.733 | 0.0836 |
| Time in PS 1 (Hispanic/Latino) | 721 | 4.54 | 3.78 | 0.48 | 2.248 | 0.0248 |
| Time in PS 1 (Asian) | 311 | 5.68 | 5.05 | 1.63 | 5.338 | 0.0000 |
| Time in PS 1 (White) | 552 | 4.05 | 3.82 | - | - | - |

Notes: The data files used are *STEWART-00658 Putative Equal Pay Class - Employment History.xlsx*, *STEWART-00659 Putative Rest Break Class Sample - Employment History.xlsx*, and *2020 10 15 IM DC - STEWART-00662-CONFIDENTIAL_Additional historical data.xlsx*, which in total contained 2,493 unique employees. Within that total of 2,493 employees was a total of 183 unique employees identified as black/African American. Each observation in this table is an employee who was hired into a PS 1 Job Title (*Job Title*). Time in PS 1 is defined as the amount of time, in years, an employee was in a PS 1 Job Title. In Panel A, Time in PS 1 is from the employee's hire date (*HireDate*) through the end of the sample (May 2020), or until the employee was promoted. In Panel B, Time in PS 1 is from the employee's hire date through the end of the sample (May 2020), or until the employee was promoted, or until the employee was terminated (*TerminationDate*). Employee records from outside of California were excluded. Employee records where a Job Title did not contain PS 1 – 4 were excluded. If the employee's first observation is PS 1 and a hire record is not given, it is assumed that the employee was hired at PS 1. In Panel A, in the black/African American group, 63 of the black/African American employees are listed in the class (included in the file *STEWART-00658 Putative Equal Pay Class – Employment History.xlsx*), and 3 are from the Additional Historical Data (*2020 10 15 IM DC - STEWART-00662-CONFIDENTIAL_Additional historical data.xlsx*). In Panel B the corresponding numbers are 113 and 19.

**Table 2: Regression Models for Promotion Through PS Levels**

|  | Dependent Variable (Outcome) | | | |
|---|---|---|---|---|
|  | Job Title: PS ( 1 - 4 ) | Dummy Variable: PS 2 and Above | Dummy Variable: PS 3 and Above | Dummy Variable: PS 4 |
|  | (1) | (2) | (3) | (4) |
| **A. Job Title** | | | | |
| Black/African American | **-0.0903** | **-0.0678** | **-0.0172** | **-0.0054** |
| Std. deviations | 1.47 | 1.68 | 0.71 | 0.28 |
| Hispanic/Latino | **-0.0157** | **-0.0296** | **0.0101** | **0.0038** |
| Std. deviations | 0.41 | 1.28 | 0.60 | 0.31 |
| Asian | **-0.1015** | **-0.0876** | **-0.0110** | **-0.0029** |
| Std. deviations | 2.10 | 3.21 | 0.51 | 0.19 |
| Observations | 34,062 | 34,062 | 34,062 | 34,062 |
|  | | | | |
| **Controls** | | | | |
| Year Fixed Effects | x | x | x | x |
| Tenure | x | x | x | x |
| Part Time | x | x | x | x |

Notes: Each observation is an employee-payroll record. In column (1), Job Titles (PS 1, PS 2, PS 3, and PS 4) have been converted to cardinal ranks; thus, the estimates in column (1) are racial differences in the average job level as compared to white employees. The estimates in column (2) represent the racial differences in the probability an employee had a job title of PS 2 – PS 4 vs. PS 1, compared to white employees. Columns 3 and 4 are for PS 3 and 4 vs. lower, and PS 4 vs. lower, respectively. Employee records from outside of California were excluded. Employee records where a Job Title did not contain PS 1 – 4 were excluded. Regression estimates are clustered by unique employee, based on the employee's id number (*EMPLID*). There are 2,040 clusters of observations (or 2,040 employees).

**Table 3: Education Statistics for Phlebotomists and Working-Age Residents in California**

| A. Educational Attainment of Phlebotomists in California | | | | | |
|---|---|---|---|---|---|
| Educational attainment | Total | White | Black/African American | Hispanic/Latino | Asian |
| N/A or no schooling | 0.3% | 0.4% | 0.0% | 0.1% | 0.5% |
| Grade 9 | 0.1% | 0.0% | 0.0% | 0.0% | 0.4% |
| Grade 11 | 0.4% | 0.1% | 0.0% | 1.0% | 0.0% |
| Grade 12 | 39.0% | 39.5% | 28.9% | 48.3% | 24.3% |
| 1 year of college | 32.9% | 27.7% | 23.0% | 37.9% | 31.7% |
| 2 years of college | 16.0% | 21.6% | 29.5% | 8.9% | 15.3% |
| 4 years of college | 9.9% | 9.0% | 11.9% | 3.5% | 25.3% |
| 5+ years of college | 1.6% | 1.8% | 6.7% | 0.2% | 2.6% |
| **B. Educational Attainment of the Working Age Population of California** | | | | | |
| N/A or no schooling | 2.1% | 0.5% | 0.8% | 3.8% | 3.0% |
| Nursery school to grade 4 | 1.4% | 0.1% | 0.2% | 3.5% | 0.5% |
| Grade 5, 6, 7, or 8 | 5.3% | 0.4% | 0.8% | 13.1% | 1.9% |
| Grade 9 | 2.1% | 0.3% | 0.5% | 5.0% | 0.8% |
| Grade 10 | 1.3% | 0.7% | 1.4% | 2.4% | 0.7% |
| Grade 11 | 2.0% | 1.1% | 3.1% | 3.4% | 0.6% |
| Grade 12 | 28.6% | 25.7% | 33.7% | 35.5% | 18.9% |
| 1 year of college | 16.2% | 17.8% | 24.6% | 14.7% | 11.8% |
| 2 years of college | 8.0% | 9.4% | 10.0% | 6.0% | 7.9% |
| 4 years of college | 21.2% | 27.5% | 16.3% | 9.1% | 33.9% |
| 5+ years of college | 11.9% | 16.5% | 8.7% | 3.6% | 20.0% |

Notes: Based on ACS data, 2012-2018, weighted. Working-age is defined as ages 25-65. Phlebotomists are identified by the American Community Survey Occupation Code (OCC) number 3649: "*Healthcare Support Operations: Phlebotomists.*"

**Appendix A: Materials Considered**

American Community Survey Data, 2012-2018

*STEWART-00658 Putative Equal Pay Class - Employment History.xlsx*

*STEWART-00659 Putative Rest Break Class Sample - Employment History.xlsx*

*STEWART-00659 Putative Rest Break Class Sample - Employment History.xlsx*

**Appendix B: Publications from Last 10 Years**

**PEER-REVIEWED PUBLICATIONS:**

Neumark, David, and Luis Felipe Munguia Corella, "Do Minimum Wages Reduce Employment in Developing Countries? A Survey and Exploration of Conflicting Evidence," forthcoming in World Development.

Asquith, Brian, Judith K. Hellerstein, Mark J. Kutzbach, and David Neumark, "Social Capital and Labor Market Networks," forthcoming in Journal of Regional Science.

He, Haoran, David Neumark, and Qian Weng, "Do Workers Value Flexible Jobs: A Field Experiment," NBER Working Paper No. 25423, forthcoming in Journal of Labor Economics.

Neumark, David, and Katherine Williams, "Do State Earned Income Tax Credits Increase Program Participation at the Federal Level?" forthcoming in Public Finance Review.

Neumark, David, and Timothy Young, "Heterogeneous Effects of State Enterprise Zone Programs in the Shorter Run and Longer Run," forthcoming in Economic Development Quarterly.

Neumark, David, and Peter Shirley, "The Long-Run Effects of the Earned Income Tax Credit on Women's Earnings," forthcoming in Labour Economics.

Hellerstein, Judith K., and David Neumark, 2020, "Social Capital, Networks, and Economic Wellbeing," Future of Children, pp. 127-152.

Neumark, David, Brian Asquith, and Brittany Bass, 2020, "Longer-Run Effects of Anti-Poverty Policies on Disadvantaged Neighborhoods," Contemporary Economic Policy, pp. 409-434.

Neumark, David, and Maysen Yen, 2020, "Relative Sizes of Age Cohorts and Labor Force Participation of Older Workers," Demography, pp. 1-31.

Hellerstein, Judith K., Mark Kutzbach, and David Neumark, 2019, "Labor Market Networks and Recovery from Mass Layoffs: Evidence from the Great Recession Period," Journal of Urban Economics, Vol. 113.

Neumark, David, and Timothy Young, 2019, "Enterprise Zones and Poverty: Resolving Conflicting Evidence," Regional Science and Urban Economics, Vol. 78.

Savych, Bogdan, David Neumark, and Randy Lea, 2019, "Do Opioids Help Injured Workers Recover and Get Back to Work? The Impact of Opioid Prescriptions on Duration of Temporary Disability Benefits," Industrial Relations, pp. 549-90.

Neumark, David, Ian Burn, Patrick Button, and Nanneh Chehras, 2019, "Do State Laws Protecting Older Workers from Discrimination Reduce Age Discrimination in Hiring? Evidence from a Field Experiment," Journal of Law and Economics, pp. 373-402.

Neumark, David, and Cortnie Shupe, 2019, "Declining Teen Employment: Minimum Wages, Other Explanations, and Implications for Human Capital Investment," Labour Economics, pp. 49-68.

Neumark, David, 2019, "The Econometrics and Economics of the Employment Effects of Minimum Wages: Getting from Known Unknowns to Known Knowns," German Economic Review, 293-329.

Neumark, David, Ian Burn, and Patrick Button, 2019, "Is It Harder for Older Workers to Find Jobs? New and Improved Evidence from a Field Experiment," Journal of Political Economy, 922-70.

Asquith, Brian, Sanjana Goswami, David Neumark, and Antonio Rodriquez-Lopez, 2019, "U.S. Job Flows and the 'China Shock'," Journal of International Economics, pp. 123-37.

Neumark, David, and Judith Rich, 2019, "Do Field Experiments on Labor and Housing Markets Overstate Discrimination? A Re-examination of the Evidence," Industrial and Labor Relations Review, pp. 223-52.

Neumark, David, and Bogdan Savych, 2018, "The Effects of Provider Choice Policies on Workers' Compensation Costs," Health Services Research, pp. 5057-77.

Neumark, David, 2018, "Experimental Research on Labor Market Discrimination," Journal of Economic Literature, pp. 799-866.

Bradley, Cathy, David Neumark, and Lauryn Saxe Walker, 2018, "The Effect of Primary Care Visits on Other Health Care Utilization: A Randomized Controlled Trial of Cash Incentives Offered to Low Income, Uninsured Adults in Virginia," Journal of Health Economics, pp. 121-33.

Lordan, Grace, and David Neumark, 2018, "People Versus Machines: The Impact of Minimum Wages on Automatable Jobs," Labour Economics, pp. 40-53.

McLaughlin, Joanne Song, and David Neumark, 2018, "Barriers to Later Retirement for Men: Physical Challenges at Work and Increases in the Full Retirement Age," Research on Aging, pp. 232-56.

Figinski, Theodore, and David Neumark, 2018, "Does Eliminating the Earnings Test Increase Old-Age Poverty of Women?" Research on Aging, pp. 27-53.

Neumark, David, and Diego Grijalva, 2017, "The Employment Effects of State Hiring Credits," ILR Review, pp. 1111-45.

Neumark, David, and William Wascher, 2017, "Reply *to Credible Research Designs for Minimum Wage Studies*," ILR Review, pp. 593-609.

Bradley, Cathy J., and David Neumark, 2017, "Small Cash Incentives Can Encourage Primary Care Visits by Low-Income People with New Health Care Coverage," Health Affairs, pp. 1376-84.

Neumark, David, Joanne Song, and Patrick Button, 2017, "Does Protecting Older Workers from Discrimination Make It Harder to Get Hired? Evidence from Disability Discrimination Laws," Research on Aging, pp. 29-63.

Neumark, David, Ian Burn, and Patrick Button, 2016, "Experimental Age Discrimination Evidence and the Heckman Critique," American Economic Review Papers and Proceedings, pp. 303-8.

Neumark, David, 2016, "Policy Levers to Increase Jobs and Increase Income from Work after the Great Recession," IZA Journal of Labor Policy, 5:6 (on-line).

Neumark, David, and Jennifer Muz, 2016, "The 'Business Climate' and Economic Inequality," Review of Income and Wealth, pp. 161-80.

Neumark, David, Cathy J. Bradley, Miguel Henry, and Bassam Dahman, 2015, "Work Continuation While Treated for Breast Cancer: The Role of Workplace Accommodations," Industrial and Labor Relations Review, pp. 915-954.

Neumark, David, and Helen Simpson, 2015, "Place-Based Policies," in Handbook of Regional and Urban Economics, Vol. 5, Gilles Duranton, Vernon Henderson, and William Strange, eds. (Amsterdam: Elsevier), pp. 1197-1287.

Neumark, David, J.M. Ian Salas, and William Wascher, 2014, "More on Recent Evidence on the Effects of Minimum Wages in the United States," IZA Journal of Labor Policy, 3:24 (on-line).

Neumark, David, and Patrick Button, 2014, "Did Age Discrimination Protections Help Older Workers Weather the Great Recession?" Journal of Policy Analysis and Management, 566-601.

Neumark, David, J.M. Ian Salas, and William Wascher, 2014, "Revisiting the Minimum Wage-Employment Debate: Throwing Out the Baby with the Bathwater?" Industrial and Labor Relations Review, 608-648.

Burnes, Daria, David Neumark, and Michelle White, 2014, "Fiscal Zoning and Sales Taxes: Do Higher Sales Taxes Lead to More Retailing and Less Manufacturing," National Tax Journal, 7-50.

Brueckner, Jan, and David Neumark, 2014, "Beaches, Sunshine, and Public-Sector Pay: Theory and Evidence on Amenities and Rent Extraction by Government Workers," American Economic Journal: Economic Policy, pp. 198-230.

Hellerstein, Judith K., Mark Kutzbach, and David Neumark, 2014, "Do Labor Market Networks Have An Important Spatial Dimension?" Journal of Urban Economics, pp. 39-58.

Neumark, David, and Joanne Song, 2013, "Do Stronger Age Discrimination Laws Make Social Security Reforms More Effective?" Journal of Public Economics, pp. 1-16.

Neumark, David, Matthew Thompson, Francesco Brindisi, Leslie Koyle, and Clayton Reck, 2013, "Simulating the Economic Impacts of Living Wage Mandates Using New Public and Administrative Data: Evidence for New York City," Economic Development Quarterly, pp. 271-83.

Neumark, David, Hans Johnson, and Marisol Cuellar Mejia, 2013, "Future Skill Shortages in the U.S. Economy?" Economics of Education Review, pp. 151-67.

Bradley, Cathy J., David Neumark, and Scott Barkowski, 2013, "Does Employer-Provided Health Insurance Constrain Labor Supply Adjustments to Health Shocks? New Evidence on Women Diagnosed with Breast Cancer," Journal of Health Economics, pp. 833-49.

Kolko, Jed, David Neumark, and Marisol Cuellar Mejia, 2013, "What Do Business Climate Indexes Teach Us About State Policy and Growth?" Journal of Regional Science, pp. 220-55.

Neumark, David, 2013, "Spurring Job Creation in Response to Severe Recessions: Reconsidering Hiring Credits," Journal of Policy Analysis and Management, pp. 142-71.

Neumark, David, Matthew Thompson, and Leslie Koyle, 2012, "The Effects of Living Wage Laws on Low-Wage Workers and Low-Income Families: What Do We Know Now?" IZA Journal of Labor Policy, 1:11 (on-line).

Neumark, David, and Kenneth Troske, 2012, "Point/Counterpoint: 'Addressing the Employment Situation in the Aftermath of the Great Recession,' and 'Lessons from Other Countries, and Rethinking (Slightly) Unemployment Insurance as Social Insurance Against the Great Recession," Journal of Policy Analysis and Management, pp. 160-68, 188-91.

Bradley, Cathy, David Neumark, and Meryl Motika, 2012, "The Effects of Health Shocks on Employment and Health Insurance: The Role of Employer-Provided Health Insurance," International Journal of Health Care Finance and Economics, pp. 253-67.

Bradley, Cathy, Sabina Ohri, David Neumark, Sheryl Garland, and Sheldon Retchin, 2012, "Lessons for Coverage Expansion: A Virginia Primary Care Program for The Uninsured Reduced Utilization And Cut Costs," Health Affairs, pp. 350-9.

Neumark, David, 2012, "Detecting Evidence of Discrimination in Audit and Correspondence Studies," Journal of Human Resources, pp. 1128-57.

Mazzolari, Francesca, and David Neumark, 2012, "Immigration and Product Diversity," Journal of Population Economics, pp. 1107-37.

Hellerstein, Judith, Melissa McInerney, and David Neumark, 2011, "Neighbors and Co-Workers: The Importance of Residential Labor Market Networks," Journal of Labor Economics, pp. 659-95.

Neumark, David, Brandon Wall, and Junfu Zhang, 2011, "Do Small Businesses Create More Jobs? New Evidence from the National Establishment Time Series," Review of Economics and Statistics, pp. 16-29.

Neumark, David, and William Wascher, 2011,"Does a Higher Minimum Wage Enhance the Effectiveness of the Earned Income Tax Credit?" Industrial and Labor Relations Review, pp. 712-46.

Hellerstein, Judith K., Melissa McInerney, and David Neumark, 2010, "Spatial Mismatch, Immigrant Networks, and Hispanic Employment in the United States, Annales d'Economie et de Statistique, pp. 141-67.

Kolko, Jed, and David Neumark, 2010, "Do *Some* Enterprise Zones Create Jobs?" Journal of Policy Analysis and Management, pp. 5-38.

Neumark, David, and Jed Kolko, 2010, "Do Enterprise Zones Create Jobs? Evidence from California's Enterprise Zone Program," Journal of Urban Economics, pp. 1-19.

Kolko, Jed, and David Neumark, 2010, "Does Local Business Ownership Insulate Cities from Economic Shocks?" Journal of Urban Economics, pp. 103-15.

Finlay, Keith, and David Neumark, 2010, "Is Marriage Always Good for Children? Evidence from Families Affected by Incarceration," Journal of Human Resources, pp. 1046-88.

**BOOK CHAPTERS:**

Neumark, David, 2019, "The Higher Wages Tax Credit," in *Expanding Economic Opportunity for More Americans*," Melissa S. Kearney and Amy Ganz, eds. (Aspen, CO: The Aspen Institute Economic Strategy Group), pp. 196-212.

Neumark, David, 2018, "Rebuilding Communities Job Subsidies," in *Place-Based Policies for Shared Economic Growth*, Jay Shambaugh and Ryan Nunn, eds. (Washington, DC: Brookings Institution), pp. 71-121.

Neumark, David, 2018, "The Employment Effects of Minimum Wages: Some Questions We Need to Answer," in *Oxford Research Encyclopedia of Economics and Finance*, Jonathan Hamilton, Avinash Dixit, Sebastian Edwards, and Kenneth Judd, eds. (Oxford, UK: Oxford University Press), http://economics.oxfordre.com/view/10.1093/acrefore/9780190625979.001.0001/acrefore-9780190625979-e-137?print=pdf.

Neumark, David, 2015, "Increasing Jobs and Income from Work: The Role and Limitations of Public Policy," in Ten-Gallon Economy: Sizing Up Economic Growth in Texas, Pia Orrenius, Jesus Canas, and Michael Weiss, eds. (New York: Palgrave), pp. 15-31.

Neumark, David, 2013, "Ethnic Hiring," In International Handbook on the Economics of Migration, Amelie F. Constant and Klaus F. Zimmerman, eds. (Cheltenham, UK: Edward Elgar), pp. 193-213.

Neumark, David, 2013, "Do Minimum Wages Help Fight Poverty?" In The Economics of Inequality, Poverty, and Discrimination in the 21st Century, Robert S. Rycroft, ed. (Santa Barbara, CA: Praeger), pp. 323-42.

Hellerstein, Judith K., and David Neumark, 2012, "Employment Problems in Black Urban Labor Markets: Problems and Solutions," in The Oxford Handbook of the Economics of Poverty, Philip N. Jefferson, Ed. (Oxford: Oxford University Press), pp. 164-202.

**SPECIAL ISSUES AND REPORTS:**

Neumark, David, 2019, "Age Discrimination in the U.S. Labor Market," *Generations: Journal of the American Society on Aging*, pp. 51-58.

Neumark, David, 2018, "Minimum Wage Effects on Jobs and Poverty: Evidence and Policy Debate in the USA," *Policy in Focus*, pp. 26-31. (Journal of the International Policy Centre for Inclusive Growth, a partnership between the United Nations and the Government of Brazil.)

Neumark, David, 2018, "Employment Effects of Minimum Wages." IZA World of Labor, (Bonn, Germany: IZA), https://wol.iza.org/articles/employment-effects-of-minimum-wages. (Revised version of 2014 report.)

Neumark, David, and Bogdan Savych, 2017, "The Effects of Provider Choice Policies on Workers' Compensation Costs." Workers Compensation Research Institute, Cambridge, MA, https://www.wcrinet.org/images/uploads/files/wcri846.pdf.

Neumark, David, 2014, "Employment Effects of Minimum Wages." IZA World of Labor, (Bonn, Germany: IZA), http://wol.iza.org/articles/employment-effects-of-minimum-wages-1.pdf.

Neumark, David, David Lamoreaux, and Abby Turner, 2013, "The Economic Impacts on the District of Columbia of Various Legislative Proposals to Change the Minimum Wage." (Charles River Associates).

Neumark, David, and Jennifer Muz, 2013, "How Does California's Economic Performance Compare to Other States?" (San Francisco: Next 10 Foundation).

Neumark, David, Matthew Thompson, Marsha Courchane, Timothy Riddiough, and Anthony Yezer, 2011, The Economic Impacts on New York City of the Proposed Living Wage Mandate, Charles River Associates.

Neumark, David, 2011, Will Workers Have the Education Needed for the Available Jobs? (Washington, DC: The AARP Foundation).

Neumark, David, 2011, How Can California Spur Job Creation? (San Francisco: Public Policy Institute of California).

Kolko, Jed, David Neumark, and Marisol Cuellar Mejia, 2011, <u>Business Climate Rankings and the California Economy</u> (San Francisco: Public Policy Institute of California).

**OTHER PUBLICATIONS:**

Neumark, David, and Peter Shirley, 2020, "Long-Run Effects of the Earned Income Tax Credit," Federal Reserve Bank of San Francisco Economic Letter, January 6, 2020.

Neumark, David, 2019, "Democrats' Job Guarantee Plan Isn't Such a Good Idea, Economist Says," *Newark Star-Ledger*, July 19, https://www.nj.com/opinion/2019/07/democrats-job-guarantee-plan-isnt-such-a-good-idea-economist-says.html.

Neumark, David, 2019, "Concentrated Poverty and the Disconnect Between Jobs and Workers," *Econofact*, January 19, https://econofact.org/concentrated-poverty-and-the-disconnect-between-jobs-and-workers.

Neumark, David, 2019, "Employment Impacts of a Higher Minimum Wage," in <u>Fighting $15: An Evaluation of the Evidence and a Case for Caution</u> (Washington, DC: Employment Policies Institute), pp. 31-39, https://www.epionline.org/wp-content/uploads/2019/01/EPI_Bookv5.pdf.

Neumark, David, 2018, "How Can We Know if There is Discrimination in Hiring?" *Econofact*, Oct. 27, https://econofact.org/how-can-we-know-if-there-is-discrimination-in-hiring.

Neumark, David, 2018, "Let Taxpayers Pay the Minimum Wage," *Wall Street Journal*, Op-ed, August 21, https://www.wsj.com/articles/let-taxpayers-pay-the-minimum-wage-1534892582.

Neumark, David, 2018, "Do What Works to Help Welfare Recipients Work," *Wall Street Journal*, Op-ed, April 11, https://www.wsj.com/articles/do-what-works-to-help-welfare-recipients-work-1523487109.

Neumark, David, Judith K. Hellerstein, and Mark J. Kutzbach, 2018, "Do Job Market Networks Help Recovery from Mass Layoffs?" Federal Reserve Bank of San Francisco Economic Letter, February 20, 2018.

Neumark, David, 2017, "Do Place-Based Policies Work?" *Econofact*, Nov. 28, http://econofact.org/do-place-based-policies-work.

Neumark, David, 2017, "Promising Ideas for Future Research on the Employment Effects of Minimum Wages," *Vox*, Oct. 9, http://voxeu.org/article/employment-effects-minimum-wages-directions-research.

Neumark, David, 2017, "The $15 Minimum Wage Crowd Tries a Bait and Switch." Op-ed, *Wall Street Journal*, September 25, 2017. https://www.wsj.com/articles/the-15-minimum-wage-crowd-tries-a-bait-and-switch-1506381303.

Neumark, David, 2017, "One Industry's Minimum-Wage Experience Does Not Define Others," Washington Post, Letter to the Editor, July 14, https://www.washingtonpost.com/opinions/one-industrys-minimum-wage-experience-does-not-define-others/2017/07/13/cae01336-66b1-11e7-94ab-5b1f0ff459df_story.html.

Neumark, David, 2017, "Make Earned Income Tax Credit a More Effective Anti-poverty Tool: Guest commentary" *Los Angeles Daily News*, May 24, 2017, http://www.dailynews.com/opinion/20170524/make-earned-income-tax-credit-a-more-effective-anti-poverty-tool-guest-commentary.

Neumark, David, Ian Burn, and Patrick Button, 2017, "Age Discrimination and Hiring of Older Workers." Federal Reserve Bank of San Francisco Economic Letter, February 27, 2017.

Neumark, David, 2016, "Response" (to "A Minimum Guaranteed Jobs Proposal"), *Eastern Economic Journal*, pp. 670-3.

Neumark, David, 2016, "Do Women Face Age Discrimination in the Job Market? Absolutely. Here's Proof." April 26, http://www.latimes.com/opinion/op-ed/la-oe0426-neumark-age-women-discrimination-date-20160427-story.html.

Neumark, David, 2016, "A Minimum Wage Hike is the Wrong Fix." Op-ed, Los Angeles Times, March 17, http://www.latimes.com/opinion/op-ed/la-oe-0318-neumark-fair-wage-act-problems-20160318-story.html.

Neumark, David, 2016, "Do Women Face Age Discrimination in the Job Market? Absolutely. Here's Proof." Op-ed, *Los Angeles Times*, April 26. http://www.latimes.com/opinion/op-ed/la-oe0426-neumark-age-women-discrimination-date-20160427-story.html.

Neumark, David, 2015, "Reducing Poverty via Minimum Wages, Alternatives." Federal Reserve Bank of San Francisco Economic Letter, December 28, 2015.

Neumark, David, 2015, "The Effect of Minimum Wages on Employment." Federal Reserve Bank of San Francisco Economic Letter, December 21, 2015.

Neumark, David, 2015, "The Evidence is Piling Up that Higher Minimum Wages Kill Jobs." Op-ed, Wall Street Journal, December 15, http://www.wsj.com/articles/the-evidence-is-piling-up-that-higher-minimum-wages-kill-jobs-1450220824.

Neumark, David, 2015, "Using the Earned Income Tax Credit to Encourage Work and Increase Income from Work." Insight, pp. 16-21, http://www.resourcelibrary.gcyf.org/sites/gcyf.org/files/resources/2015/gcyf_2015_fall_insight_using_the_tax_credit_to_encourage_work.pdf.

Neumark, David, 2015, "What Do We Know about Age Discrimination, and How Might We Reduce It?" Future of Work@50+, AARP, http://www.aarp.org/content/dam/aarp/ppi/2015/what-do-we-know-about-age-discrimination-and-how-might-we-reduce-it.pdf.

Neumark, David, 2015, "Why Market Forces will Overwhelm a Higher Minimum Wage." Op-ed, Los Angeles Times, May 9. http://www.latimes.com/opinion/op-ed/la-oe-neumark-minwage-20150510-story.html. Reprinted in Chicago Tribune (May 14, 2015) and Australian Financial Review (May 14, 2015).

Neumark, David, and Helen Simpson. 2015, "Do Place-Based Policies Matter?" Federal Reserve Bank of San Francisco Economic Letter, March 2, 2015.

Neumark, David, 2014, "Who Really Gets the Minimum Wage?" Op-ed, Wall Street Journal, July 7, http://www.wsj.com/articles/who-really-gets-the-minimum-wage-1404683348.

Neumark, David, and Diego Grijalva, "State Hiring Credits and Recent Job Growth." Federal Reserve Bank of San Francisco Economic Letter, February 24, 2014.

Neumark, David, 2013, "The Minimum Wage Ain't What It Used to Be," New York Times, Economix Blog, Dec. 10, http://economix.blogs.nytimes.com/2013/12/09/the-minimum-wage-aint-what-it-used-to-be/?_r=0.

Neumark, David, 2013, "Minimum Wage Studies," New York Times, Letter to the Editor, Dec. 9, http://www.nytimes.com/2013/12/09/opinion/minimum-wage-studies.html?_r=1&.

Neumark, David, 2013, "Research Offers a Prognosis on Reform," Orange County Register, Nov. 4.

Neumark, David, 2013, "Minimum-Wage Increases Will Lead to Lost Jobs," op-ed, San Diego Union-Tribune, February 8.

Neumark, David, and Jennifer Muz, 2013, "Job Growth and Economic Growth in California," Federal Reserve Bank of San Francisco Economic Letter, April 15, 2013.

Neumark, David, Jed Kolko, and Marisol Cuellar Mejia, 2012, "Assessing State Business Climate Indexes," Federal Reserve Bank of San Francisco Economic Letter, September 4, 2012.

Neumark, David, 2012, "Should Missouri Raise Its Minimum Wage?" Show-Me Institute Policy Study.

Neumark, David, and Rob Valletta, 2012, "Worker Skills and Job Quality," Federal Reserve Bank of San Francisco Economic Letter, April 30, 2012.

Neumark, David, 2012, "Job Creation Policies and the Great Recession," Federal Reserve Bank of San Francisco Economic Letter, March 19, 2012.

Kolko, Jed, and David Neumark, 2011, "Development Subsidy Needs Overhaul," op-ed, San Francisco Chronicle, February 6.

## Appendix C: Expert Witness Work in Last Four Years

***Rabin et al. v. PricewaterhouseCoopers, LLP, No. 3:16-cv-02276-JST, U.S. District Court, Northern District of California.***

Serving as plaintiffs' expert witness to address statistical evidence on age discrimination in hiring. Deposed.

***EEOC v. Darden Restaurants, Inc., No. 15-20561, U.S. District Court, Southern District of Florida***

Served as plaintiffs' expert witness to address statistical evidence on age discrimination in hiring. Deposed and testified. Qualified as expert witness.

***Koehler et al. v. Infosys Technologies Limited, Inc., and Infosys Public Services, Inc., No. 2:13-cv.885, U.S. District Court, Eastern District of Wisconsin.***

Serving as plaintiffs' expert witness to address statistical evidence on ethnic discrimination in hiring, promotions, and terminations. Deposed.

***Heldt et al. v. Tata Consultancy Services, Ltd., No. 4:15-cv-01696, U.S. District Court, Northern District of California.***

Served as plaintiffs' expert witness to address statistical evidence on ethnic discrimination in hiring and terminations. Deposed and testified. Qualified as expert witness.

***Smiley v. Hologic, Inc., No. 3:2016cv00158, U.S. District Court, Southern District of California.***

Served as plaintiffs' expert witness to address reasons for inability of plaintiff to find new employment after termination. Deposed.

***Jewett et al. v. Oracle America, Inc., 17-CIV-02669, Superior Court of the State of California***

Served as plaintiffs' expert witness to address statistical evidence on gender discrimination in pay. Deposed.

***EEOC v. R&L Carriers, Inc. and R&L Carriers Shared Services, LLC, No. 1:17-cv-00515-SJD, U.S. District Court, Southern District of Ohio***

Served as plaintiff's expert witness to address statistical evidence on gender discrimination in hiring. Deposed.

***Ellis et al. v. Google, LLC, CGC-17-561299, Superior Court of the State of California***

Served as plaintiff's expert witness to address statistical evidence on gender discrimination in pay. Deposed.